IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVIS PHILMLEE, SR.                                                                      PLAINTIFF

v.                                          4:10CV00176SWW/JTK

CARL BYRD, et al.                                                                        DEFENDANTS

ORDER

By Order dated March 31, 2010 (Doc. No. 4), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (Doc. No. 6). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Brown, Randall, Vincent, and Stewart. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Bobby Brown, John Randall, Lloyd Vincent, and Gary Stewart. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (Doc. No. 2) and amended complaints (Doc. No. 6) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 22nd day of April, 2010.

_____
United States Magistrate Judge