IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVIS PHILMLEE, SR.                                                                    PLAINTIFF

v.                                        4:10CV00176         SWW/JTK

CARL BYRD, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Byrd is hereby DISMISSED from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 13th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE