# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRAVIS PHILMLEE, SR.                                                                                       PLAINTIFF

v.                                          4:10-cv-00176-SWW-JTK

CARL BYRD, et al.                                                                                          DEFENDANTS

## ORDER

On May 11, 2010, Defendants filed their answer (Doc. No. 13) to Plaintiff's Amended Complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If Defendants intend to rely on the defenses mentioned in their Answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 8th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE