**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TRAVIS PHILMLEE, SR.                                                                                    PLAINTIFF

v.                                          4:10-cv-00176-SWW-JTK

CARL BYRD, et al.                                                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of March, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE